5 So.2d 839

**A. J. HONEYCUTT et al. v. ROYAL INDEMNITY CO.**

6 Div. 847.

Supreme Court of Alabama.

Dec. 3, 1941.

F. D. McArthur, of Birmingham, for appellants.

J. P. Mudd, of Birmingham, for appellee.

PER CURIAM.

Appeal dismissed by agreement.